In re SMITH et al. (Supreme Court, Appellate Division, First Department. June 30, 1899.) In the matter of Conklin Smith and another. W. B. Hill, for appellant. H. Hasbrouck, for respondent.

PER CURIAM. On the appeal of the assignee, order modified by allowing to the assignee $104.16, rent received from Thomas Allen, which appears to have been charged twice, and, as modified, affirmed, without costs. On the appeal of William P. Douglas, order affirmed, with costs, as against him, to the respondent J. Rummel Company.

SMITH, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by Philip M. Smith against the New York Elevated Railway Company. M. W. Gallaway, for appellant. J. A. Murray, for respondent. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. NEW YORK MILK-PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Murray H. Smith against the New York Milk-Products Company. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. SMITH. Appellant. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Charles G. Smith against Dora H. Smith. M. H. Grossman, for appellant. Howe & Hummell, for respondent. No opinion. Order affirmed, without costs.

SMITH, Respondent, v. WETMORE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Alonzo E. Smith against Charles W. Wetmore and another. No opinion. Order of affirmance resettled and signed. See 58 N. Y. Supp. 402.

SPIES v. LOCKWOOD. (Supreme Court, Appellate Division, First Department. May, 1899.) Action by Amelia L. Spies against Edgar Lockwood. No opinion. Motion denied, with $10 costs. See 57 N. Y. Supp. 1023.

SPRINGFIELD METALLIC CASKET CO., Appellant, v. WIELAR et al., Respondents. (Supreme Court, Appellate Term. July 26, 1899.) Action by the Springfield Metallic Casket Company against Joseph Wielar, impleaded with another. From an order for defendants, affirmed at general term (56 N. Y. Supp. 394), plaintiff appeals. Affirmed. Bennet & Silverman, for appellant. James, Schell, Elkus & McGuire, for respondents.

PER CURIAM. Order of the general term of the city court affirmed, under Schwietering v. Rothschild, 26 App. Div. 614, 50 N. Y. Supp. 206, with costs to the respondents.

STAIR v. BALDWIN. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Charles A. Stair against Stephen C. Baldwin. No opinion. Motion granted, with $10 costs.

STEINHART, Appellant, v. CARVER, Respondent. (City Court of New York, General Term. June 29, 1899.) Action by Israel Steinhart against Jacob H. Carver. There was a judgment for plaintiff, and from an order vacating the judgment, and granting defendant leave to answer, plaintiff appeals. Affirmed. Furlong & O'Connell, for appellant. Frayer, Smith, White & Seaman, for respondent.

PER CURIAM. The practice of the appellant's attorneys, in entering judgment and issuing execution on the $60 claim after the principal had been paid to and retained by them, does not commend itself to the court; and this view of the case doubtless influenced the judge at special term in exercising discretion as to the terms upon which the judgment should be vacated. Order appealed from affirmed, with costs.

STEINHEIMER, Respondent, v. KREUSLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Morris Steinheimer against Arnold Kreusler, impleaded, etc. A. E. Schatz, for appellants. E. W. S. Johnston, for respondent. No opinion. Judgment affirmed, with costs.

STEVENSON, Respondent, v. SECOND AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by George F. Stevenson, by guardian, against the Second Avenue Railroad Company. C. F. Brown, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

STOKES, Respondent, v. HOFFMAN HOUSE OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May, 1899.) Action by Edward S. Stokes, as receiver, against the Hoffman House of New York. No opinion. Reargument ordered.

STRAHAN v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by James C. Strahan against Thomas L. Feitner and others. No opinion. Motion for withdrawal of appeal granted, on payment of $10 costs.

SUSSMAN, Respondent, v. COREY, Appellant. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Adolph Sussman against Benjamin T. Corey. No opinion. Judgment of the municipal court affirmed, with costs.

SUTTER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by John F. Sutter against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the municipal court affirmed, with costs.